IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO NON-PARTY AXS TV LLC.<br><br>CUNG LEE, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZUFFA, LLC,<br><br>Defendants. | Case No. 3:16-mc-12<br><br>Related to Case: C.A. No.: 2:15-CV-01045-RFB-PAL (D. Nev.) |

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

The court has considered the Motion for Leave to Proceed Without Local Counsel filed by Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, Plaintiffs in the Antitrust Class Action captioned *Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*, 2:15-cv-01045-RFB-PAL (D. Nev.), for the limited purpose of enforcing the Subpoena to Produce Documents served by Plaintiffs on AXS TV, LLC on December 9, 2015.

It is ORDERED that the motion is GRANTED.

SO ORDERED on this 15th day of February, 2016.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE